**Exhibit A to the Complaint**

**Location:** New York, NY
**Total Works Infringed:** 25

**IP Address:** 141.155.129.219
**ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 5B6670D8A058FA8D5E94FAC61A100BD10470A3FC | 10/18/2026 13:14:27 | Wifey | 12/06/2025 | 12/09/2025 | PA0002556535 |
| 2 | 99621DD17E39966BAFA288D3544253DAE4E41347 | 10/17/2026 12:10:31 | Wifey | 11/15/2025 | 11/26/2025 | PA0002554927 |
| 3 | 373D8F14345B8C261AE4EE8C001101E1EF48ADF8 | 10/17/2026 12:08:40 | Wifey | 11/29/2025 | 12/09/2025 | PA0002556534 |
| 4 | D317C6A0A90F92C3DD394A7036027E9A11ABE74F | 10/17/2026 11:59:09 | Wifey | 11/01/2025 | 11/26/2025 | PA0002554937 |
| 5 | 98B15F43B5D16A8B2C2A7CDFCF1F89F170D3DFE9 | 10/17/2026 11:52:29 | Wifey | 11/22/2025 | 11/26/2025 | PA0002554942 |
| 6 | 6EFA024967E7AA30678A8CCDFFD204000927908B | 10/17/2026 11:46:12 | Wifey | 11/08/2025 | 11/26/2025 | PA0002554936 |
| 7 | A175F74CCD0F8D69DB91010BEDDDBCC96BEC315F | 10/15/2026 02:17:52 | Milfy | 10/14/2026 | 10/15/2026 | PA0002609345 |
| 8 | 5470D36871DD3D77E63891D76D7E91407E58187F | 10/14/2026 08:32:22 | Slayed | 10/13/2026 | 10/15/2026 | PA0002609358 |
| 9 | 10C627DEA596623813209560F1342C9DBE26C90E | 10/14/2026 08:29:07 | Blacked Raw | 10/13/2026 | 10/15/2026 | PA0002609356 |
| 10 | CA747DF80BF04F67D72943D5B5B1E5670E6F55D7 | 10/09/2026 15:54:13 | Blacked Raw | 10/08/2026 | 10/14/2026 | PA0002609065 |
| 11 | BE277FA9EBD418F5D2AC11B12BE8437D84FED642 | 10/05/2026 08:39:45 | Vixen | 10/04/2026 | 10/08/2026 | PA0002608378 |
| 12 | 2B9879C5F3BC1A4BE37B52D940D77B188FC19834 | 10/04/2026 07:38:06 | Blacked Raw | 10/03/2026 | 10/08/2026 | PA0002608382 |
| 13 | 90496558C7B2E6BC49E02E807B0FFB4A9088EDE3 | 09/28/2026 08:26:56 | TushyRaw | 09/27/2026 | 10/01/2026 | PA0002607182 |
| 14 | 33633E8DC695DB74FE9F614021A698155DB50677 | 09/25/2026 18:43:05 | Milfy | 09/23/2026 | 10/01/2026 | PA0002607181 |
| 15 | 0EFC160DD5FC8D374709F223EBD67CDC5A2CCA6F | 09/22/2026 01:03:24 | Blacked | 09/20/2026 | 09/24/2026 | PA0002606107 |
| 16 | FF693C6CAE2A05083C1A00C66C88806684E76CBC | 09/19/2026 22:27:44 | Blacked Raw | 09/18/2026 | 09/24/2026 | PA0002606106 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 3438B581E5E0E59BB6DAC2D571627C95710DE429 | 09/16/2026 23:54:17 | Blacked | 09/15/2026 | 09/24/2026 | PA0002606111 |
| 18 | 566D3C77D313139EBDEDCDEFCFCC0927FE80894F | 09/14/2026 23:05:31 | TushyRaw | 09/13/2026 | 09/17/2026 | PA0002604759 |
| 19 | DD6681FD2E568F2F8456C2BF20E577C1D59E5721 | 09/14/2026 22:55:19 | Tushy | 09/13/2026 | 09/17/2026 | PA0002604829 |
| 20 | FBDAE689493F2A8D787C49EC28B5E96750DC5E4E | 09/11/2026 14:12:15 | Blacked | 09/10/2026 | 09/17/2026 | PA0002604779 |
| 21 | D079771E924327EAA76C2B9AB2EF347249180627 | 09/04/2026 08:45:39 | Blacked Raw | 09/03/2026 | 09/09/2026 | PA0002603244 |
| 22 | 9A2DF56604415CF47DBDC544D0F865CCD66E0B16 | 09/03/2026 08:54:07 | Milfy | 09/02/2026 | 09/09/2026 | PA0002603238 |
| 23 | B5670330184B0A7232C97134799FFC4E8746EBFD | 09/01/2026 08:28:11 | Vixen | 08/30/2026 | 09/09/2026 | PA0002603237 |
| 24 | 73BFB168FF158B0DBAEBC961F507B7E13F6C1D97 | 08/31/2026 08:26:21 | Tushy | 08/30/2026 | 09/09/2026 | PA0002603239 |
| 25 | 0BC8D7306E499C988516BB50B349E2C408E5C2D7 | 08/20/2026 08:46:19 | Blacked Raw | 08/19/2026 | 08/26/2026 | PA0002601067 |